In the Matter of the Claim of HUGH FAIRBANKS, Respondent, v. BREWER-TITCHENER CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.